COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| RENE ORDONEZ, AS DEPENDENT ADMINSISTRATOR FOR THE ESTATE OF JAY CLAYTON GRADY, | § | |
| DECEASED, | § | No. 08-14-00157-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| WILLIAM D. ABRAHAM, JOSEPH (SIB) ABRAHAM, AND | § | of El Paso County, Texas |
| MARIA HERNANDEZ, AS NEXT FRIEND OF S.C.G., A MINOR, AND | § | (TC # 2014-DCV-00257) |
| M.R.G., A MINOR, | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF JANUARY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Larsen, J. (Senior Judge) and Ferguson, J.
Larsen, J. (Senior Judge), sitting by assignment, not participating
Ferguson, J., sitting by assignment